JAMES E. FORAN ET AL. *v.* JOHN CARANGELO

The motion by the defendant to strike the request for finding in the appeal from the Superior Court in Hartford County is denied.

*Philip S. Walker,* in support of the motion.

*Jerome M. Griner,* in opposition.

Submitted January 20—decided February 9, 1965

JOAN BEAUREGARD *v.* HUNT BROTHERS CIRCUS

The motion by the defendant to dismiss the appeal from the Superior Court in New London County is granted.

*Henry F. Cooney,* for the appellee (defendant).

*William J. Willetts,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1965

MORGAN GUARANTY TRUST COMPANY OF NEW YORK, TRUSTEE (ESTATE OF JONATHAN PETERSON) *v.* MARION P. HEISER ET AL.

The motion by Paul V. McNamara to withdraw his appearance in the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Gregory P. Patti,* for Paul V. McNamara.